IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RESTRAINT OF ASSETS ) | |
| ) | |
| IN ACCOUNT NUMBER 30037154306 AT ) | |
| THE INTERNATIONAL BANK OF MIAMI, ) | |
| MIAMI, FLORIDA, IN THE NAMES OF ) | Case No.: 1:08-mc-00449 |
| DOUGLAS ARTHUR BROWN AND/OR ) | Honorable Richard Leon |
| JOAN HASWELL BROWN; ) | |
| ) | |
| IN ACCOUNT NUMBER 30037154307 AT ) | |
| THE INTERNATIONAL BANK OF MIAMI, ) | |
| MIAMI, FLORIDA, IN THE NAMES OF ) | |
| DOUGLAS ARTHUR BROWN AND/OR ) | |
| JOAN HASWELL BROWN; ) | |
| ) | |
| IN ACCOUNT NUMBER 5300143363 AT ) | |
| THE INTERNATIONAL BANK OF MIAMI, ) | |
| MIAMI, FLORIDA, IN THE NAMES OF ) | |
| DOUGLAS ARTHUR BROWN AND/OR ) | |
| JOAN HASWELL BROWN; ) | |
| ) | |
| ANY AND ALL INTEREST IN ) | |
| REAL PROPERTY LOCATED AT ) | |
| 200 OCEAN LANE DRIVE, UNIT 907, ) | |
| KEY BISCAYNE, FLORIDA 33149, ) | |
| HELD BY DOUGLAS ARTHUR ) | |
| BROWN, JOAN HASWELL BROWN, ) | |
| AND/OR ANY ENTITIES IN WHICH THEY ) | |
| HAVE AN INTEREST; AND, ) | |
| ) | |
| 2006 JEEP GRAND CHEROKEE ) | |
| LAREDO VIN: 1J4GS48K16C260530 ) | |
| _____ ) | |

## ORDER

WHEREAS, this matter having come before this Court on the application of the United States of America for an order vacating the previously-issued restraining order, and

IT APPEARING TO THE COURT THAT:

1

1. Douglas Arthur Brown and his wife, Joan Haswell Brown cooperated with the British Government in the sale of the restrained property;

2. The sale of the restrained property was permitted by this Court's December 21, 2009 modified restraining order;

3. The Brown's interest in the restrained property was sold; and

4. The net proceeds of the sale was transferred to the United Kingdom and will be returned as restitution to the victim of the underlying criminal conduct.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The July 18, 2008 Order this Court issued against real property owned by Douglas Arthur Brown and his wife, Joan Haswell Brown, in Key Biscayne Florida is hereby vacated with prejudice;

2. This case is DISMISSED, with prejudice; and

3. The United States shall provide a copy of this Court's Order upon all identifiable parties having an interest in the restrained properties.

Dated this 12th day of March, 2010.

_____
Honorable Richard Leon
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA

2